UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ULTIMATE IMAGE, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM M. PEDERSEN, *et al.*,<br><br>Defendants. | Case No. CV05-1572L<br><br>ORDER DENYING PLAINTIFFS'<br>MOTION TO CONSOLIDATE |

This matter comes before the Court on plaintiffs' "Motion to Consolidate" cause numbers C05-1572L and C05-5618FDB. Dkt. # 26. The action that was before the Honorable Franklin D. Burgess was remanded to state court on December 16, 2005, and is no longer "pending before the court." Fed. R. Civ. P. 42(a). Plaintiffs' motion to consolidate is, therefore, DENIED.

DATED this 23rd day of January, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS'
MOTION TO CONSOLIDATE - 1