UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ULTIMATE IMAGE, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WILLIAM M. PEDERSEN, *et al.*,<br><br>    Defendants. | Case No.  C05-1572RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES |

This matter comes before the Court on plaintiffs' "Motion to Extend Deadlines in Order Setting Trail Date and Related Dates." Dkt. # 46. Defendants do not oppose the motion, but request that the trial date in the above-captioned matter be continued for 60-90 days. Plaintiffs' motion, modified as requested by defendants, is GRANTED. A revised case management schedule will be issued.

DATED this 21st day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION FOR EXTENSION - 1