1
2
3
4
5  UNITED STATES DISTRICT COURT
6  WESTERN DISTRICT OF WASHINGTON
   AT SEATTLE

7  ULTIMATE IMAGE, INC., *et al.*,

8         Plaintiffs,                              Case No. C05-1572RSL

9      v.                                          AMENDED ORDER SETTING
                                                   TRIAL DATE & RELATED DATES
10 WILLIAM M. PEDERSEN, *et al.*,

11        Defendants.

12

| | |
|---|---|
| **TRIAL DATE** | May 7, 2007 |
| Deadline for joining additional parties | September 8, 2006 |
| Deadline for amending pleadings | November 8, 2006 |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 10, 2006 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) or CR37(a)(2)(B) | |
| Discovery completed by | December 11, 2006 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | February 6, 2007 |
| Settlement conference per CR 39.1(c)(2) held no later than | March 8, 2007 |
| Mediation per CR 39.1(c)(3) held no later than | April 7, 2007 |
| All motions in limine must be filed by and noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | April 9, 2007 |
| Agreed pretrial order due | April 25, 2007 |
| Pretrial conference to be scheduled by the Court | |

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 1

| | |
|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 2, 2007 |
| Length of Trial: 8 days | Jury XXX  Non Jury |

These dates are set at the direction of the Court after reviewing the unopposed motion for an extension of the case management deadlines. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel are required to electronically file all documents with the Court. *Pro se* litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing. The

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 2

chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

- Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

## PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

## COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

## EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice:

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

1  once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of
2  exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

3                                             SETTLEMENT

4         Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at
5  206-370-8519 as soon as possible.  Pursuant to GR 3(b), an attorney who fails to give the
6  Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems
7  appropriate.

9         DATED this 21st day of August, 2006.

                                    _____
                                    Robert S. Lasnik
                                    United States District Judge

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 4